**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7640

TEKOA T. GLOVER,

Plaintiff - Appellant,

versus

JIM HODGES, Governor of South Carolina; MARK
SANFORD, Governor of the State of South
Carolina; DRUANNE WHITE, Solicitor of the
Tenth Circuit; GENE TAYLOR, Sheriff of
Anderson County; HENRY MCMASTER, Attorney
General of the State of South Carolina;
CHARLES CONDON, Attorney General of the State
of South Carolina,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Henry F. Floyd, District Judge.
(CA-03-2151)

Submitted:  February 9, 2005      Decided:  February 15, 2005

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tekoa T. Glover, Appellant Pro Se. James Victor McDade, DOYLE,
O'ROURKE, TATE & MCDADE, PA, Anderson, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tekoa T. Glover appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Glover v. Hodges, No. CA-03-2151 (D.S.C. Sept. 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED